# Order

Michigan Supreme Court
**Lansing, Michigan**

December 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154764(85)(86)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v

LONNIE JAMES ARNOLD,
          Defendant-Appellee.
_____/

SC: 154764
COA: 325407
Monroe CC: 13-040406-FH

On order of the Chief Justice, the motions of the Michigan Attorney General to file a late brief amicus curiae and to share 10 minutes of the 30 minutes of defendant-appellee's argument time are GRANTED. The late amicus brief submitted on December 21, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2017



Clerk